UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

SYLINIA JACKSON, ON BEHALF OF HERSELF
AND ALL OTHER PERSONS SIMILARLY
SITUATED,

             Plaintiffs,

             v.

YDESIGN GROUP, LLC,

             Defendant.

------------------------------------- x

No.: 1:23-cv-263

**NOTICE OF VOLUNTARY DISMISSAL**

      Plaintiff(s), SYLINIA JACKSON, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, YDESIGN GROUP, LLC, with prejudice and without fees and costs.

Dated: New York, New York
       May 8, 2023

                                              **GOTTLIEB & ASSOCIATES**

                                              _/s/Michael A. LaBollita, Esq._

                                              Michael A. LaBollita, Esq., (ML-9985)
                                              150 East 18th Street, Suite PHR
                                              New York, NY 10003
                                              Phone: (212) 228-9795
                                              Fax: (212) 982-6284
                                              Michael@Gottlieb.legal

                                              _Attorneys for Plaintiffs_

SO ORDERED:

_____
United States District Court Judge